FILED

APR 2 2014

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Magistrate Judge William V. Gallo)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No 14 cr 387 MMA(WVG) |
| Plaintiff, | ) | |
| | ) | **ORDER RE BOND MODIFICATION** |
| v. | ) | |
| MARCO POLO CORTES | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing, it is hereby ordered that the conditions of release shall be modified to authorize travel to the contiguous United States at the discretion of Pretrial Services.

Dated: 4/2/14

WILLIAM V. GALLO
United States Magistrate Judge

1